LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
        Colton, California 92324
        Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
        E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH WAGNER, | ) | No.  EDCV 11-1676 DTB |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED AND 00/100 ($3,900.00) subject to the terms of the stipulation.

DATE:  November 27, 2012

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-