LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUDITH WAGNER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner Of Social Security, <br><br> Defendant. | No. EDCV 11-1676 DTB <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED AND 00/100 ($3,900.00) subject to the terms of the stipulation.

   DATE: November 27, 2012

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-